**BENCH TRIAL- Day Three**
 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge:  Edward J. Lodge                    Date:   10/31/2013
Courtroom Deputy: Diane McDonald           Case No.   4:11CV00644-EJL
Reporter:  Lisa Yant                       Time:   9:20 am - 9:45 am
                                           Location:   Pocatello, ID

**JUDY FAMILY TRUST vs. UNITED STATES OF AMERICA**
        Counsel for Plaintiff: Kipp Manwaring
        Count for Defendant:  Nicholas Woychick

The Court entered findings.  Judy Family Trust shall have thirty (30) days to elect its damage option and to notify the Court so that the appropriate judgment can be entered.

Exhibits returned to counsel.

Court adjourned at 9:45 a.m.